# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Sanchez Ibarra, et al., | No. CV-13-02371-TUC-JGZ (LAB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Kennedy Funding Incorporated, et al., | |
| Defendants. | |

On May 5, 2014, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation (Doc. 42) in which she recommended granting Plaintiffs' motion to remand filed on January 22, 2014.  (Doc. 13.)  No objections have been filed within the time provided by Federal Rule of Civil Procedure 72(b)(2).

Accordingly, after an independent review, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (Doc. 42) is ADOPTED.

2. Plaintiffs' Motion to Remand (Doc. 13) is GRANTED.

3. This Court shall retain limited jurisdiction over this matter to consider Plaintiffs' Motion for Attorney's and Costs only.  Plaintiffs shall file their motion on or before **July 7, 2014**.

/ / /

/ / /

/ / /

/ / /

/ / /

1    4.   This Case remains referred to the Honorable Leslie A. Bowman for all pre-
2    trial matters, and documents shall be filed under CV 13-2371-TUC-JGZ (LAB).
3    Dated this 16th day of June, 2014.

_____
Jennifer G. Zipps
United States District Judge