IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Sanchez Ibarra, et al., ) | No. CV 13-2371-TUC-JAS-LAB |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Kennedy Funding, Inc., et al., ) | |
| Defendants. ) | |

     Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Leslie A. Bowman that recommends denying the plaintiffs' motion for attorneys' fees, denying as moot the plaintiffs' motion to file under seal their attorneys' fees agreement, and denying as moot any outstanding motions. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation, and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

     The Court has reviewed the record and concludes that Magistrate Judge Bowman's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

     Accordingly, IT IS HEREBY ORDERED:

(1)    Magistrate Judge Bowman's Report and Recommendation (Doc. 52) is accepted and adopted.

1  (2)    Platinffs' motion for attorneys' fees is DENIED, plaintiffs' motion to file their
2  attorneys' fees under seal is DENIED AS MOOT, and all outstanding motions are
3  DENIED AS MOOT.   The clerk is directed to enter judgment and close the case.

Dated this 26th day of September, 2014.

_____
Honorable James A. Soto
United States District Judge